IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv17 |
| | ) | |
| v. | ) | |
| | ) | |
| BETTCHER INDUSTRIES, INC., and JOHN DOES I-X, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

It has come to this court's attention that this case is related to 8:04CV345. The court directs parties' attention to NEGenR 1.4(a)(4), as amended in October 2004, which includes potential sanctions against counsel and the parties, and stresses the obligation of counsel to notify the court when cases are related.

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 31st day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge